**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br>     Plaintiff, <br> v. <br><br> AT&T MOBILITY LLC, LG ELECTRONICS, INC., and LG ELECTRONICS USA, INC., <br>     Defendants. | Civil Action No. 6:12-cv-00017 |
| ADAPTIX, INC., <br>     Plaintiff, <br> v. <br><br> PANTECH WIRELESS, INC. and CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, <br>     Defendants. | Civil Action No. 6:12-cv-00020 |
| ADAPTIX, INC., <br>     Plaintiff, <br> v. <br><br> CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC., <br>     Defendants. | Civil Action No. 6:12-cv-00120 |

**<u>NOTICE REGARDING AGREED BRIEFING SCHEDULE</u>**

Plaintiff, Adaptix, Inc. ("Adaptix"), with the agreement of all Defendants, respectfully submits this Notice regarding an agreed briefing schedule, in accordance with the discussions between the Court and the parties at the hearing held on August 27, 2015. (*See* Dkt. No. 387 (minutes of hearing))

1

The parties have agreed that (a) Defendants will file their brief by September 11, 2015; (b) Adaptix will file its responsive brief by September 25, 2015; and (c) there will be no further replies or sur-replies absent leave of Court.

Dated: September 8, 2015              Respectfully submitted,

                                             */s/ Craig Tadlock*
Paul J. Hayes
James J. Foster
Kevin Gannon
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 345-6900
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: jfoster@hayesmessina.com
Email: kgannon@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on September 8, 2015.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

 */s/ Craig Tadlock*
Craig Tadlock